**Richard L. CHANDLER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 01–5008.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2001.

Before MAYER, Chief Judge, CLEVENGER and RADER, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.